In the Matter of JIMMY D., a Person Alleged to be a Juvenile Delinquent, Appellant.

Submitted July 20, 2009; decided November 19, 2009

Reported below, 63 AD3d 737.

Motion for leave to appeal granted. Motion for poor person relief granted.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MAZIN ASSI, Appellant.

Submitted November 9, 2009; decided November 19, 2009

Reported below, 63 AD3d 19.

Motion by Anti-Defamation League for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANA R. BRADFORD, Appellant.

Submitted November 2, 2009; decided November 19, 2009

Reported below, 61 AD3d 1419.

Motion for assignment of counsel granted and Timothy P. Donaher, Esq., Monroe County Public Defender, 10 N. Fitzhugh Street, Rochester, New York 14614 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v JASON D. LIGGINS, Respondent.

Submitted October 26, 2009; decided November 19, 2009

Reported below, 64 AD3d 1213.

Motion for assignment of counsel granted and Richard P. Ferris, Esq., 293 Genesee Street, Room 403, Mayro Building, Utica, New York 13501 assigned as counsel to the respondent on the appeal herein.